**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1795**

ANTHONY LONNIE FORBES,

Plaintiff - Appellant,

v.

SEAWORLD PARKS & ENTERTAINMENT,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, District Judge.  (4:16-cv-00172-MSD-LRL)

Submitted:  December 21, 2017                    Decided:  December 27, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Lonnie Forbes, Appellant Pro Se. Nancy S. Lester, Jimmy F. Robinson, Jr., OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lonnie Forbes appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Forbes v. Seaworld Parks & Entm't,* No. 4:16-cv-00172-MSD-LRL (E.D. Va. filed June 2, 2017; entered June 5, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*